FILED

DEC 18 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. **4:19CR01027 PLC** |
| KELVIN THOMPSON, ) | |
| Defendant. ) | |

## INFORMATION

### COUNT I

The United States Attorney charges that:

On or about August 20, 2019, within the Eastern District of Missouri, the defendant,

**KELVIN THOMPSON,**

did use threats of force to attempt to intimidate and impede a Social Security Claims Representative who was acting in an official capacity to carry out a duty under the Social Security Act.

In violation of Title 42, United States Code, Section 1320a-8b.

JEFFREY B. JENSEN
United States Attorney

DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Diane E.H. Klocke, Special Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DIANE E.H. KLOCKE, #61670MO

Subscribed and sworn to before me this 18th day of December, 2019.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK